# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeneen Henson<br>_Debtor_ | CHAPTER 13<br><br>BKY. NO. 16-22960 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer for The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A, and index same on the master mailing list.

Re: Loan # Ending In: 7116

    Respectfully submitted,

**/s/ Matthew J. McClelland, Esquire**
Matthew J. McClelland, Esquire
mmcclelland@kmllawgroup.com
Attorney I.D. No. 319482
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
Attorney for Movant/Applicant