Form 221

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeneen Henson**
   Debtor(s)

Bankruptcy Case No.: 16–22960–GLT
Chapter: 13
Related To Document No.: 4
Concil. Conf.: July 11, 2019 at 09:30 AM

## ORDER

    On February 28, 2019, an Order approving financing was granted , at which time the Court determined that an Amended Plan is necessary.

    **AND NOW,** this **The 13th of May, 2019**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before June 3, 2019,** the Debtor(s) shall file and serve a copy of this **Order** and a **Notice of Proposed Modification to Confirmed Plan**, and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the **Current Official Mailing Matrix**.  The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

    (2)  **On or before June 24, 2019,** all **Objections** to the **Amended Plan** must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the **Objection**.  Untimely objections will not be considered.

    (3)  **On July 11, 2019 at 09:30 AM ,** a Conciliation Conference on the Debtor(s)' **Amended Plan** is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    (5)  Failure to timely file a **Notice of Proposed Modification to Confirmed Plan**, an **Amended Plan** and **Certificate of Service** shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

    (6)  On or before June 3, 2019, in addition to the Amended Plan, the Debtor(s) shall file a Report of Vehicle Financing. In the instance where financing to purchase a vehicle is not obtained, the Debtor(s) shall file a Status Report to indicate whether it is continuing to seek financing or has instead abandoned that effort.

Dated: May 13, 2019

cm: Debtor
    Counsel for Debtor

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22960-GLT
Jeneen Henson                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: ctak              Page 1 of 1              Date Rcvd: May 13, 2019
                               Form ID: 221            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db            Jeneen Henson,    1112 Hodgkiss St,    Pittsburgh, PA   15212-2751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                     Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor Jeneen  Henson apr@robletolaw.com,   rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Matthew John McClelland    on behalf of Creditor    The Bank of New York Mellon as Indenture
               Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8