**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-22960-GLT |
| Jeeneen Henson, | Chapter 13 |
| Debtor. | Related to Doc. No. 43, 44, 45 |
| ------------------------------------------------- | Doc. No. _____ |

**CERTIFICATE OF SERVICE OF (I) NOTICE OF HEARING AND RESPONSE
DEADLINE REGARDING THE DEBTOR'S AMENDED PLAN DATED JUNE 3, 2019; AND (II)
DEBTOR'S AMENDED PLAN DATED JUNE 3, 2019 AND NOTICE OF PROPOSED
MODIFICATION**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 3, 2019.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was email via the ECF system and first-class mail.

EXECUTED ON: June 3, 2019

Respectfully submitted:

  /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

**PAWB Local Form 25 (07/13)**

**16-22960-GLT Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

William E. Craig on behalf of Creditor American Honda Finance Corporation
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com, cnoroski@grblaw.com

Matthew John McClelland on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A
bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Jeneen Henson
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

## U.S. Mail

See attached Mailing Matrix

AND

Carvana, LLC
63 Pierce Road
Winder, GA 3068

**PAWB Local Form 25 (07/13)**

```
Label Matrix for local noticing          (p)AMERICAN HONDA FINANCE              Nationstar Mortgage LLC
0315-2                                   P O BOX 168088                         Aldridge Pite, LLP
Case 16-22960-GLT                        IRVING TX 75016-8088                   Attn: Jamie D. Hanawalt
WESTERN DISTRICT OF PENNSYLVANIA                                                4375 Jutland Drive, Suite 200
Pittsburgh                                                                      P.O. Box 17933
Thu Jan 31 19:18:05 EST 2019                                                    San Diego, CA 92177-7921

Peoples Natural Gas Company LLC          2                                      Access Receivables
225 North Shore Drive                    U.S. Bankruptcy Court                  PO Box 1377
Attention:  Barbara Rodgers              5414 U.S. Steel Tower                  Cockeysville, MD  21030-6377
Pittsburgh, PA 15212-5860                600 Grant Street
                                         Pittsburgh, PA 15219-2703

Access Receivables                       Credit Coll                            Credit Collections Svc
PO Box 9801                              PO Box 607                             PO Box 773
Towson, MD  21284-9801                   Norwood, MA  02062-0607                Needham, MA  02494-0918


Duquesne Light Company                   Fed Loan Serv                          Jordan Tax Service, Inc.
c/o Peter J. Ashcroft,                   PO Box 60610                           PO Box 200
Bernstein-Burkley, P.C.,                 Harrisburg, PA  17106-0610             Bethel Park, PA  15102-0200
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945

(p)NATIONSTAR MORTGAGE LLC               Nelnet Loans                           Nelnet on behalf of College Assist
PO BOX 619096                            6420 Southpoint Pkwy                   PO Box 16358
DALLAS TX 75261-9096                     Jacksonville, FL  32216-0946           St Paul MN 55116-0358


Office of the United States Trustee      Pittsburgh Water & Sewer Authority     (p)SPRINT NEXTEL CORRESPONDENCE
Liberty Center.                          c/o Goehring Rutter & Boehm            ATTN BANKRUPTCY DEPT
1001 Liberty Avenue, Suite 970             437 Grant Street, 14th Floor         PO BOX 7949
Pittsburgh, PA 15222-3721                  Pittsburgh, PA 15219-6101            OVERLAND PARK KS 66207-0949


The Bank of New York Mellon              U.S. Department of Education           Verizon Wireless
Nationstar Mortgage LLC                  C/O FedLoan Servicing                  PO Box 49
PO Box 619096                            P.O. Box 69184                         Lakeland, FL  33802-0049
Dallas TX 75261-9096                     Harrisburg, PA  17106-9184


Aurelius P. Robleto                      Jeneen Henson                          Ronda J. Winnecour
Robleto Law                              1112 Hodgkiss St                       Suite 3250, USX Tower
Three Gateway Center                     Pittsburgh, PA 15212-2751              600 Grant Street
401 Liberty Avenue                                                              Pittsburgh, PA 15219-2702
Suite 1306
Pittsburgh, PA 15222-1004



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


American Honda Finance Corporation       (d)Acura Financial Services            (d)Acura Financial Services
PO Box 168088                            201 Little Falls Dr                    National Bankruptcy Center
Irving, TX 75016                         Wilmington, DE  19808-1674             P.O. Box 168088
                                                                                Irving, TX 75016-8088
                                                                                866-716-6441
```

```
Nationstar                      Sprint                                  (d)Sprint
350 Highland Dr                 Attn Bankruptcy Dept                    PO Box 4191
Lewisville, TX  75067-4177      PO Box 7949                             Carol Stream, IL  60197-4191
                                Overland Park KS 66207-0949
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Duquesne Light Company       (u)Pittsburgh Water & Sewer Authority   (u)The Bank of New York Mellon as Indenture T
```

```
End of Label Matrix
Mailable recipients    23
Bypassed recipients     3
Total                  26
```

Case 16-22960-GLT    Doc 46    Filed 06/03/19    Entered 06/03/19 16:43:51    Desc Main
Document      Page 4 of 4