# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JENEEN HENSON
**Case Number:** 16-22960-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 11, 2019 09:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#49 - Amended Plan Dated 6-4-19 (FC)
#47 - Report of Vehicle Purchase
**R / M #:** 49 / 0

### Appearances:

**Debtor:** Kuruce
**Trustee:** Winnecour / Pail / Katz / DeSimone
**Creditor:**

Con 1+ for Amended plan

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __9/12/19__ at __2:30 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: