FILED
7/25/19 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JENEEN HENSON,

    Debtor.

-----------------------------------------------

JENEEN HENSON,

    Movant,

    v.

ALLEGHENY COUNTY CONTROLLER,

    Respondent.

Case No. 16-22960-GLT

Chapter 13

Motion No. ☑ WO-1

Motion No. ☐ WO-2

Related to Dkt. No. 56

**ORDER GRANTING *EX PARTE* MOTION TO TERMINATE WAGE ATTACHMENT**

Upon consideration of the Debtor's *Ex Parte* Motion for an Order Terminating Wage Attachment, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Order Dated August 12, 2016, directing Allegheny County Controller to attach the Debtor's wages, is hereby TERMINATED; and it is further

ORDERED that the Debtor shall immediately serve a copy of this Order upon the Respondent.

Dated: July 25, 2019

_____
Greggory L. Taddonio, Judge    cgt
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeneen Henson  
       Debtor

Case No. 16-22960-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: agro    Page 1 of 1    Date Rcvd: Jul 25, 2019  
                             Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.  
db         Jeneen Henson,   1112 Hodgkiss St,   Pittsburgh, PA  15212-2751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:  
         Aurelius P. Robleto    on behalf of Debtor Jeneen  Henson apr@robletolaw.com, rmk@robletolaw.com, ecf_admin@robletolaw.com,apr@ecf.courtdrive.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
         Matthew John McClelland    on behalf of Creditor    The Bank of New York Mellon as Indenture  Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         William E. Craig    on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                              TOTAL: 8