FILED
9/18/19 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JENEEN HENSON,<br>    Debtor.<br>-------------------------------------------------<br>JENEEN HENSON,<br>    Movant,<br>    v.<br>ACURA FINANCIAL,<br>CARVANA, LLC, and<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>    Respondents. | Case No. 16-22960-GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 49 and 59 |

**NOTICE OF WITHDRAWAL OF NOTICE OF PROPOSED
MODIFICATION TO CONFIRMED CHAPTER 13 PLAN DATED AUGUST 11, 2016**

Jeneen Henson, the Debtor in the referenced case, by and through her undersigned counsel hereby withdraws her Notice of Proposed Modification to Confirmed Chapter 13 Plan Dated August 11, 2016. *Doc. No.* 49. A substituted proposed modification and motion to terminate wage attachment are being filed substantially contemporaneously with this Notice.

Dated: September 11, 2019

Respectfully submitted,

/s/ Aurelius Robleto
Aurelius P. Robleto
PA I.D. No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

SO ORDERED
September 18, 2019

_____
GREGORY L. TADDONIO    cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeneen Henson  
       Debtor

Case No. 16-22960-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: agro     Page 1 of 1     Date Rcvd: Sep 18, 2019  
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.  
db         Jeneen Henson,    1112 Hodgkiss St,    Pittsburgh, PA   15212-2751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
        Aurelius P. Robleto    on behalf of Debtor Jeneen  Henson apr@robletolaw.com, rmk@robletolaw.com, ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Matthew John McClelland    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        William E. Craig    on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 8