# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

RAQUEL JULIET-ANN GORDON,

    Debtor.

Case No. 19-22265-GLT

Chapter 7

Related to Doc. No. 46

Doc. No. _____

## NOTICE OF CHANGE OF ADDRESS

Notice Recipients' Addresses on Envelopes Returned to the Bankruptcy Noticing Center:

  Albany County Clerk
  32 N Russell Rd
  Albany, NY 12206-1306

The updated addresses are:

  Albany County Clerk
  Albany County Court House, Room 128
  16 Eagle Street
  Albany, NY 12207-1077

Dated: October 7, 2019                                    Respectfully submitted:

                                                                            /s/ Aurelius Robleto
                                                                      Aurelius P. Robleto
                                                                      PA ID No. 94633
                                                                      ROBLETO KURUCE, PLLC
                                                                      6101 Penn Ave. Ste. 201
                                                                      Pittsburgh, PA 15206
                                                                      Tel:    (412) 925-8194
                                                                      Fax:   (412) 346-1035
                                                                      apr@robletolaw.com