**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-22960-GLT |
| JENEEN HENSON, | Chapter 13 |
| Debtor. | Related to Doc. No. 60, 63-2 |
| | Doc. No. _____ |

**CERTIFICATE OF SERVICE OF**
**(i) ORDER DATED SEPTEMBER 18, 2019; and (ii) NOTICE OF PROPOSED**
**MODIFICATION TO CONFIRMED CHAPTER 13 PLAN DATED AUGUST 11, 2016**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 7, 2019.

Verizon Wireless Bankruptcy Administration
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

EXECUTED ON: October 7, 2019          Respectfully submitted:

　
　/s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave. Ste. 201
Pittsburgh, PA 15206
Tel:    (412) 925-8194
Fax:    (412) 346-1035
apr@robletolaw.com