**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JENEEN HENSON,

    Debtor.

Case No. 19-22265-GLT

Chapter 13

Related to Doc. Nos. 63, 67 and 69

Doc. No. _____

**CORRECTED NOTICE OF CHANGE OF ADDRESS**

Notice Recipients' Addresses on Envelopes Returned to the Bankruptcy Noticing Center:

  Albany County Clerk
  32 N Russell Rd
  Albany, NY 12206-1306

The updated addresses are:

  Albany County Clerk
  Albany County Court House, Room 128
  16 Eagle Street
  Albany, NY 12207-1077

Dated: October 7, 2019

Respectfully submitted:

  /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave. Ste. 201
Pittsburgh, PA 15206
Tel:    (412) 925-8194
Fax:   (412) 346-1035
apr@robletolaw.com