**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>JENEEN HENSON,<br>　　Debtor. | Case No. 16-22960-GLT<br><br>Chapter 13<br><br>Related to Doc. Nos. 63, 67 and 69<br><br>Doc. No. _____ |

**CORRECTED NOTICE OF CHANGE OF ADDRESS**

Notice Recipients' Addresses on Envelopes Returned to the Bankruptcy Noticing Center:

　Albany County Clerk
　32 N Russell Rd
　Albany, NY 12206-1306

The updated addresses are:

　Albany County Clerk
　Albany County Court House, Room 128
　16 Eagle Street
　Albany, NY 12207-1077

Dated: October 7, 2019　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　　 /s/ Aurelius Robleto
　　　　　　　　　　　　　　　　　　　　　　Aurelius P. Robleto
　　　　　　　　　　　　　　　　　　　　　　PA ID No. 94633
　　　　　　　　　　　　　　　　　　　　　　ROBLETO KURUCE, PLLC
　　　　　　　　　　　　　　　　　　　　　　6101 Penn Ave. Ste. 201
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15206
　　　　　　　　　　　　　　　　　　　　　　Tel:　　(412) 925-8194
　　　　　　　　　　　　　　　　　　　　　　Fax:　　(412) 346-1035
　　　　　　　　　　　　　　　　　　　　　　apr@robletolaw.com