**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br> JENEEN HENSON, <br>     Debtor. <br> ------------------------------------------------ <br> JENEEN HENSON, <br>     Movant, <br>     v. <br> ALLEGHENY COUNTY CONTROLLER, <br>     Respondent. | Case No. 16-22960-GLT <br><br> Chapter 13 <br><br> Related to Doc. No. 83 <br><br> Doc. No. 84 |

**CERTIFICATE OF SERVICE OF MODIFIED DEFAULT ORDER**
**GRANTING *EX PARTE* MOTION TO TERMINATE WAGE ATATCHMENT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the date shown below.

    The types of service made on the parties was U.S. Mail and electronic service via the ECF system.  (N.B., service upon Respondent included Notification of Debtor's Social Security Number on PAWB Local Form 12.)

EXECUTED ON:  November 29, 2019          Respectfully submitted,

                                                            /s/ Aurelius Robleto
                                                         Aurelius P. Robleto
                                                         PA ID No. 94633
                                                         ROBLETO KURUCE, PLLC
                                                         6101 Penn Ave., Ste. 201
                                                         Pittsburgh, PA 15206
                                                         Tel:  (412) 925-8194
                                                         Fax:  (412) 346-1035
                                                         apr@robletolaw.com

**16-22960-GLT Notice sent by U.S. Mail to:**

Allegheny County Controller
436 Grant Street, Room 104
Pittsburgh, PA 15219

**16-22960-GLT Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

William E. Craig on behalf of Creditor American Honda Finance Corporation
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com, cnoroski@grblaw.com

Matthew John McClelland on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A
bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Jeneen Henson
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com