Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeneen Henson** : | Case No. 16–22960–GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 86 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 3/11/20 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 30th of December, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 86 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before February 10, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *March 11, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

*Gregory L. Taddonio*, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                                United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                   Case No. 16-22960-GLT
Jeneen Henson                                                            Chapter 13
        Debtor                          CERTIFICATE OF NOTICE
District/off: 0315-2          User: ctak                    Page 1 of 2              Date Rcvd: Dec 30, 2019
                              Form ID: 604                  Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db             Jeneen Henson,    1112 Hodgkiss St,    Pittsburgh, PA 15212-2751
cr            +Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 9013,    Addison, TX 75001-9013
cr            +Nationstar Mortgage LLC,    Aldridge Pite, LLP,    Attn: Jamie D. Hanawalt,
                4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr            +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Attention: Barbara Rodgers,
                Pittsburgh, PA 15212-5860
14273024       Access Receivables,    PO Box 1377,    Cockeysville, MD 21030-6377
14273028       Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
14273029       Jordan Tax Service, Inc.,    PO Box 200,    Bethel Park, PA 15102-0200
15152933       Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14273030      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar,    350 Highland Dr,    Lewisville, TX 75067-4177)
14281176      +Nelnet on behalf of College Assist,    PO Box 16358,    St Paul MN 55116-0358
14305108      +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14293064      +The Bank of New York Mellon,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
14331001       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 31 2019 02:17:52
                American Honda Finance Corporation,    PO Box 168088,    Irving, TX 75016
14283837       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 31 2019 02:17:52     Acura Financial Services,
                National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
14273026       E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 31 2019 02:18:14     Credit Coll,
                PO Box 607,    Norwood, MA 02062-0607
14273027       E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 31 2019 02:18:14
                Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
14338338      +E-mail/Text: kburkley@bernsteinlaw.com Dec 31 2019 02:18:08     Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14273031       E-mail/Text: electronicbkydocs@nelnet.net Dec 31 2019 02:17:50     Nelnet Loans,
                6420 Southpoint Pkwy,    Jacksonville, FL 32216-0946
14296298       E-mail/Text: appebnmailbox@sprint.com Dec 31 2019 02:17:41     Sprint,    Attn Bankruptcy Dept,
                PO Box 7949,    Overland Park KS 66207-0949
14273032       E-mail/Text: appebnmailbox@sprint.com Dec 31 2019 02:17:41     Sprint,    PO Box 4191,
                Carol Stream, IL 60197-4191
14273033       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 31 2019 02:17:19
                Verizon Wireless,    PO Box 49,    Lakeland, FL 33802-0049
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Pittsburgh Water & Sewer Authority
cr             The Bank of New York Mellon as Indenture Trustee f
cr*            Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14273025*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: Acura Financial Services,    201 Little Falls Dr,
                Wilmington, DE 19808-1674)
14273023       ##Access Receivables,    PO Box 9801,    Towson, MD 21284-9801
                                                                                   TOTALS: 3, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: ctak                  Page 2 of 2                   Date Rcvd: Dec 30, 2019
                               Form ID: 604                Total Noticed: 22
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor  Jeneen  Henson apr@robletolaw.com,  rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Matthew John McClelland    on behalf of Creditor    The Bank of New York Mellon as Indenture
               Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```