**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JENEEN HENSON<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:16-22960<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

December 23, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/11/2016 and confirmed on 9/23/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,810.66 |
| Less Refunds to Debtor | 2,177.19 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,633.47 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,368.00 | |
|    Trustee Fee | 1,807.67 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,175.67 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MORGAN STANLEY MORTGAGE CAPITAL | 0.00 | 17,468.34 | 0.00 | 17,468.34 |
|     Acct: CA | | | | |
|   MORGAN STANLEY MORTGAGE CAPITAL | 3,125.38 | 3,125.38 | 0.00 | 3,125.38 |
|     Acct: 7116 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 909.24 | 909.24 | 221.45 | 1,130.69 |
|     Acct: F185 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 287.35 | 287.35 | 0.00 | 287.35 |
|     Acct: F185 | | | | |
|   ACURA FINANCIAL SERVICES | 11,111.10 | 11,111.10 | 0.00 | 11,111.10 |
|     Acct: 2432 | | | | |
|   ACURA FINANCIAL SERVICES | 648.94 | 648.94 | 0.00 | 648.94 |
|     Acct: 2432 | | | | |
| | | | | 33,771.80 |
| **Priority** | | | | |
|   AURELIUS P ROBLETO ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENEEN HENSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENEEN HENSON | 2,177.19 | 2,177.19 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBLETO LAW PLLC | 3,368.00 | 3,368.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CARVANA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CARVANA LLC | 0.00 | 2,376.00 | 0.00 | 2,376.00 |
|     Acct: XXXXXXXCT # | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-GLT | | | | |
| | | | | 2,686.00 |
| **Unsecured** | | | | |
|   ACCESS RECEIVABLES MANAGEMENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5312 | | | | |
|   CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 7696 | | | | |
|   US DEPARTMENT OF EDUCATION | 38,327.22 | 0.00 | 0.00 | 0.00 |
|    Acct: 4152 | | | | |
|   NELNET O/B/O COLLEGE ASSIST | 33,790.90 | 0.00 | 0.00 | 0.00 |
|    Acct: 4152 | | | | |
|   NELNET++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4374 | | | | |
|   SPRINT CORP(*) | 726.23 | 0.00 | 0.00 | 0.00 |
|    Acct: 7439 | | | | |
|   VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
|   DUQUESNE LIGHT COMPANY* | 272.96 | 0.00 | 0.00 | 0.00 |
|    Acct: 4152 | | | | |
|   LARRY RICHARDSON | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

***N O N E***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 36,457.80 |

| TOTAL | |
|---|---:|
| CLAIMED | 310.00 |
| PRIORITY | 16,082.01 |
| SECURED | 73.117.31 |

Date: 12/23/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JENEEN HENSON<br><br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:16-22960<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                BY THE COURT:

                                                                                _____
                                                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-22960-GLT
Jeneen Henson                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak              Page 1 of 2              Date Rcvd: Dec 30, 2019
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db              Jeneen Henson,    1112 Hodgkiss St,    Pittsburgh, PA 15212-2751
cr             +Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Nationstar Mortgage LLC,    Aldridge Pite, LLP,    Attn: Jamie D. Hanawalt,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr             +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Attention: Barbara Rodgers,
                 Pittsburgh, PA 15212-5860
14273024        Access Receivables,    PO Box 1377,   Cockeysville, MD 21030-6377
14273028        Fed Loan Serv,    PO Box 60610,   Harrisburg, PA 17106-0610
14273029        Jordan Tax Service, Inc.,    PO Box 200,   Bethel Park, PA 15102-0200
15152933        Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14273030       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar,    350 Highland Dr,    Lewisville, TX 75067-4177)
14281176       +Nelnet on behalf of College Assist,    PO Box 16358,    St Paul MN 55116-0358
14305108       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14293064       +The Bank of New York Mellon,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
14331001        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 31 2019 02:17:52
                 American Honda Finance Corporation,    PO Box 168088,    Irving, TX 75016
14283837        E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 31 2019 02:17:52      Acura Financial Services,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
14273026        E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 31 2019 02:18:14      Credit Coll,
                 PO Box 607,   Norwood, MA 02062-0607
14273027        E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 31 2019 02:18:14
                 Credit Collections Svc,    PO Box 773,   Needham, MA 02494-0918
14338338       +E-mail/Text: kburkley@bernsteinlaw.com Dec 31 2019 02:18:10      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14273031        E-mail/Text: electronicbkydocs@nelnet.net Dec 31 2019 02:17:50      Nelnet Loans,
                 6420 Southpoint Pkwy,    Jacksonville, FL 32216-0946
14296298        E-mail/Text: appebnmailbox@sprint.com Dec 31 2019 02:17:42      Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,   Overland Park KS 66207-0949
14273032        E-mail/Text: appebnmailbox@sprint.com Dec 31 2019 02:17:42      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197-4191
14273033        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 31 2019 02:17:19
                 Verizon Wireless,    PO Box 49,   Lakeland, FL 33802-0049
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Pittsburgh Water & Sewer Authority
cr              The Bank of New York Mellon as Indenture Trustee f
cr*             Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14273025*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Acura Financial Services,    201 Little Falls Dr,
                 Wilmington, DE 19808-1674)
14273023        ##Access Receivables,    PO Box 9801,   Towson, MD 21284-9801
                                                                              TOTALS: 3, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2              User: ctak                Page 2 of 2                  Date Rcvd: Dec 30, 2019
                                  Form ID: pdf900           Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor  Jeneen  Henson apr@robletolaw.com,   rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Matthew John McClelland    on behalf of Creditor    The Bank of New York Mellon as Indenture
               Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```